**Patrick Otis NELSON, Petitioner–Appellant,**

v.

**CALIFORNIA STATE SUPREME COURT; et al., Respondents–Appellees.**

No. 08–16383.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 6, 2009.

Patrick Otis Nelson, Vacaville, CA, pro se.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Patrick Nelson, a California state prisoner, appeals pro se the denial of his mandamus petition seeking orders requiring the California Supreme Court and the State Bar of California to compel counsel to release work product so that he may file a habeas corpus petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In a mandamus action, a federal court has authority only to issue orders against employees, officers, or agencies of the United States. *See* 28 U.S.C. § 1361. We therefore affirm the denial of Nelson's petition. *See Kildare v. Saenz*, 325 F.3d 1078, 1084 (9th Cir.2003).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

